■ In the Matter of CHARLES J. BALLSCHMEIDER, Appellant, v NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM et al., Respondents. [614 NYS2d 900] —Judgment, Supreme Court, New York County (David Saxe, J.), entered on or about May 27, 1993, unanimously affirmed for the reasons stated by Saxe, J., without costs and without disbursements. No opinion. Concur —Carro, J. P., Rosenberger, Kupferman, Nardelli and Tom, JJ.

■ 117 WEST 57TH STREET REALTY CORP., Appellant, v ESTATE OF ROBERT A. HULTGREN, Deceased, Respondent, and ROBERT C. KNIPE et al., Respondents. [614 NYS2d 900] —Order, Appellate Term, Supreme Court, First Department (Ostrau, P. J., and Miller, J.; McCooe, J., dissenting), entered September 10, 1993, affirming the judgment of the Civil Court, New York County (Marilyn Shafer, J.), entered January 7, 1992, reversed for the reasons stated by McCooe, J., dissenting at Appellate Term, without costs and without disbursements. No opinion. Concur—Carro, J. P., Rosenberger, Kupferman, Nardelli and Tom, JJ.